## STATE OF FLORIDA v SEDORE

Case No. 86-163 AC (County Court Case No. 80921, 2NQ)

Eleventh Judicial Circuit, Appellate Division, Dade County

May 20, 1987

### APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General, and **Michael J. Neimand,** Assistant Attorney General, for appellant.

**Robert G. Goberna** for appellee.

Before BARAD, DONNER, GREENBAUM, JJ.

### OPINION OF THE COURT

PER CURIAM.

The Lower Court dismissed the instant case on the basis that the Traffic Citation did not contain an allegation of venue [i.e. that the charge was committed in the County of Dade] in its body.

We reverse upon the authority of *Tucker v. State*, 459 So.2d 306 (Fla. 1984).

REVERSED AND REMANDED.